**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7724**

JEROME BRANCH,

                    Plaintiff – Appellant,

          v.

MS. BADGETT, Head Nurse; MS. WHITE, RNC-A Nurse; EDWARD
BOAKYE,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr. Senior
District Judge.  (2:11-cv-00124-HCM-FBS)

Submitted:  December 13, 2012      Decided:  December 19, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Branch, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD,
PC, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Branch appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Branch v. Badgett, No. 2:11-cv-00124-HCM-FBS (E.D. Va. Sept. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED